IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICTOR LEMAR EDWARDS,                                                                           PLAINTIFF
ADC #500959

v.                                            3:15CV00040-DPM-JTK

LUTHER WHINFIELD, et al.                                                                        DEFENDANTS

## ORDER

Plaintiff has submitted an Amended Complaint (Doc. No. 5) pursuant to the Court's February 3, 2015 Order (Doc. No. 4). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendants Whinfield, Bailey, Cunnings, Petty, and Melvin. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Whinfield, Bailey, Cunnings, Petty, and Melvin. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of February, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1