# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

VICTOR LEMAR EDWARDS,
ADC #500959                                                                                      PLAINTIFF

v.                                3:15CV00040-DPM-JTK

LUTHER WHINFIELD, et al.                                               DEFENDANTS

### **ORDER**

This matter is before the Court on the Defendants' Motion to Dismiss (Doc. No. 14). As of this date, Plaintiff has not filed a response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion to Dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of April, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE