# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**VICTOR LEMAR EDWARDS**                                    **PLAINTIFF**
**ADC #500959**

v.                          **No. 3:15-cv-40-DPM-JTK**

**LUTHER WHINFIELD; Lieutenant, Mississippi
County Detention Center; DALE COOK,
Sheriff, Mississippi County Detention Center;
HARRIS, Major, Mississippi County Detention
Center; DUKE BAILEY, Deputy, Mississippi
County Jail; LORENSO CUNNINGS, Deputy,
Mississippi County Jail; PETTY, Deputy,
Mississippi County Jail; and MELVIN, Deputy,
Mississippi County Jail**                                **DEFENDANTS**

## ORDER

Unopposed recommendation, № 8, adopted.  FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes).  Cook and Harris are dismissed as

parties.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_10 April 2015_