IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICTOR LEMAR EDWARDS,     PLAINTIFF
ADC #500959

v.     3:15CV00040-DPM-JTK

LUTHER WHINFIELD, et al.     DEFENDANTS

## ORDER

Plaintiff's Motion for Discovery (Doc. No. 25) is DENIED without prejudice. According to Defendants' response (Doc. No. 29), Plaintiff did not previously request discovery from Defendants; therefore, Defendants are treating the Motion as a request for discovery, and intend to respond within thirty days of their receipt of the Motion. In the future, Plaintiff shall request discovery from Defendants prior to petitioning the Court. See FED.R.CIV.P. 33, 34.

IT IS SO ORDERED this 6th day of May, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE