IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICTOR LEMAR EDWARDS,　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #500959

v.　　　　　　　　　　3:15CV00040-DPM-JTK

LUTHER WHINFIELD, et al.　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Defendants Luther Whitfield, Octavious Bailey, Alonzo Cummings, Kenneth Melvin, and Brandon Petty, through their attorneys, have answered and supplied their correct names (Doc. No. 16). The Clerk is directed to change the style of the case to reflect the Defendants' correct names.

IT IS SO ORDERED this 6th day of May, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1