## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

VICTOR LEMAR EDWARDS,                                                                           PLAINTIFF
ADC #500959

v.                                              3:15CV00040-DPM-JTK

LUTHER WHITFIELD, et al.                                                                        DEFENDANTS

### ORDER

Plaintiff's Motion for Discovery (Doc. No. 32) is DENIED as moot. By Order dated May 6, 2015 (Doc. No. 30), this Court denied Plaintiff's previous discovery motion, based on the same request, noting that Defendants had not received a request for discovery from him and would be responding within the time allowed by the rules of discovery.

IT IS SO ORDERED this 11th day of May, 2015.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1