IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICTOR LEMAR EDWARDS                                                     PLAINTIFF
ADC #500959

v.                              No. 3:15-cv-40-DPM-JTK

LUTHER WHITFIELD, Lieutenant,
Mississippi County Detention Center;
OCTAVIOUS BAILEY, Deputy, Mississippi
County Jail; ALONZO CUMMINGS, Deputy,
Mississippi County Jail; BRANDON PETTY,
Deputy, Mississippi County Jail; and KENNETH
MELVIN, Deputy, Mississippi County Jail                              DEFENDANTS

ORDER

Opposed recommendation, № 34, declined. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Construed liberally, Edwards's filings show diligence sufficient to avoid dismissal. LOCAL RULE 5.5(c)(2). The Court would appreciate further consideration and a recommendation on the merits of the pending Motion to Dismiss, № 14.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2015