IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICTOR LEMAR EDWARDS,                                  PLAINTIFF
ADC #500959

v.                         3:15CV00040-DPM-JTK

LUTHER WHITFIELD, et al.                               DEFENDANTS

## **ORDER**

Plaintiff's Motion for Reconsideration (Doc. No. 62) of this Court's July 27, 2015 Order granting Defendants' Motion to Substitute Attorney (Doc. No. 55), is DENIED.

IT IS SO ORDERED this 7th day of August, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1