IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICTOR LEMAR EDWARDS,                                                                PLAINTIFF
ADC #500959

v.                              3:15CV00040-DPM-JTK

LUTHER WHITFIELD, et al.                                                            DEFENDANTS

## ORDER

Plaintiffs' Motion for pre-approval of out-of-pocket expenses for deposition costs and fees, pursuant to Local Rule 83.6 (Doc. No. 115), is hereby GRANTED.

IT IS SO ORDERED this 22nd day of September, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1