# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VICTOR LEMAR EDWARDS,                                                                    PLAINTIFF
ADC #500959

v.                                          3:15CV00040-DPM-JTK

LUTHER WHITFIELD, et al.                                                                 DEFENDANTS

## ORDER

A Settlement Conference is scheduled in this matter at 10:00 a.m., March 29, 2017, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol Ave., Courtroom 4B, Little Rock, Arkansas.

The Arkansas Department of Correction shall ensure the attendance of Plaintiff Victor Lemar Edwards, together with his medical and institutional files, at the March 29, 2017 Conference.

The Clerk of the Court shall forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 6814 Princeton Pike, Pine Bluff, AR 71602.

IT IS SO ORDERED this 14th day of February, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE