# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VICTOR LEMAR EDWARDS,
ADC #500                                                                                          PLAINTIFF

3:15CV00040-DPM-JTK

LUTHER WHITFIELD, et al.                                                              DEFENDANTS

## ORDER

The Second Motion for Costs filed by Plaintiffs' appointed counsel (Doc. No. 129) is hereby GRANTED.

Having considered the Motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Christopher O. Parker, Eichenbaum Liles P.A., the amount of Four Hundred Twenty-One Dollars and Ten Cents ($421.10) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 3rd day of May, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE