IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICTOR LEMAR EDWARDS,
ADC #500959      PLAINTIFF

v.      No. 3:15-cv-40-DPM

LUTHER WHITFIELD, Lieutenant, Mississippi
County Detention Center; DALE COOK, Sheriff,
Mississippi County Detention Center; HARRIS,
Major, Mississippi County Detention Center;
OCTAVIOUS BAILEY, Deputy, Mississippi
County Jail; ALONZO CUMMINGS, Deputy,
Mississippi County Jail; BRANDON PETTY, Deputy,
Mississippi County Jail; and KENNETH MELVIN,
Deputy, Mississippi County Jail      DEFENDANTS

## JUDGMENT

**1.** Edwards's claims against Cook and Harris are dismissed without prejudice.

**2.** Edwards's claims against Whitfield, Bailey, Cummings, Petty, and Melvin are dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

5 July 2017